12-13-00075-CV

FILE COPY

**IN THE SUPREME COURT OF TEXAS**

-- -- -- --

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 09 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK

NO. 14-0524

| | | |
|---|---|---|
| **KEY ENERGY SERVICES, LLC** | § | |
| **v.** | § | **Shelby County,** |
| **SHELBY COUNTY APPRAISAL DISTRICT** | § | **12th District.** |

**February 27, 2015**

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**June 5, 2015**

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

(Justice Eva M. Guzman not sitting)

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, KEY ENERGY SERVICES, LLC, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 5th day of June, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk